UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARSHA BELL, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>BEST BRANDS, INC., )<br>)<br>    Defendant. ) | No. 3:04-0816<br>JUDGE ECHOLS |

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Court rules as follows:

1) Plaintiff Marsha Bell's Motion for Partial Summary Judgment which has been filed under seal (Docket Entry No. 10) is DENIED, and;

2) Defendant Best Brands, Inc.'s Motion for Summary Judgment which also has been filed under seal (Docket Entry No. 14) is DENIED; and

3) Defendant's Motion for Oral Argument on Summary Judgment Motions (Docket Entry No. 42) is hereby DENIED as the facts and legal arguments of the parties in the summary judgment motions are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

1

This case shall proceed to jury trial scheduled for **Tuesday, October 4, 2005, at 9:00 a.m.** The final pretrial conference is scheduled for **Monday, September 12, 2005, at 3:30 p.m.**

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE